**Dean S. OTTERSON, Respondent,**

v.

**ST. CLOUD HOUSING & REDEVELOPMENT AUTHORITY, and Minn. Workers' Compensation Assigned Risk Plan/Admin. by Berkley Administrators, Relators,**

**and**

**Special Compensation Fund, Respondent.**

**No. C7–02–1350.**

Supreme Court of Minnesota.

Nov. 4, 2002.

Douglas J. Brown, Carrie I. Hanson, Brown & Carlson, P.A., Minneapolis, MN, for Appellants.

Mike Hatch, Attorney General, Rory H. Foley, Assistant Attorney General, St. Paul, MN, for Respondents.

### ORDER

Based upon all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the decision of the Workers' Compensation Court of Appeals filed July 10, 2002, be, and the same is, affirmed without opinion. *See* Minn. R. Civ.App. P. 136.01, subd. 1(b).

BY THE COURT:
Russell A. Anderson
Associate Justice